AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____New York_____

United States of America
                  Plaintiff (s),
V.

Steve Brown and Andrew Blake
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:22-MJ-208 (GLF)

Notice is hereby given that, subject to approval by the court, __Andrew Blake__ substitutes
                                                                                        (Party (s) Name)

__Eric K. Schillinger__, State Bar No. __516083__ as counsel of record in
(Name of New Attorney)

place of __Matthew Trainor__.
                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Schillinger & Associates, PLLC
    Address:             11 North Pearl Street, Suite 1700, Albany, New York 12207
    Telephone:         (518) 595-9529         Facsimile (518) 734-0139
    E-Mail (Optional):   eric@schillinger-law.com

I consent to the above substitution.
Date:   5/10/2022                             /s/ Andrew Blake
                                                            (Signature of Party (s))

I consent to being substituted.
Date:   5/10/2022                             /s/ Matthew E. Trainor
                                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   5/10/2022                             /s/ Eric K. Schillinger
                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]